**15-25-00021-CV**

ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/28/2025 8:28 PM
CHRISTOPHER A. PRINE
CLERK

No. _____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/28/2025 8:28:00 PM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth Court of Appeals
Austin, Texas

_____

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

_____

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

_____

# UNOPPOSED JOINT MOTION OF PETITIONERS TO EXTEND TIME TO FILE PETITION

_____

Edward D. Burbach (No. 03355250)
Stacy R. Obenhaus (No. 15161570)
600 Congress, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
Tel: 512.542.7070

Samantha Barrett Badlam (Pro hac pending)
Stefan P. Schropp (Pro hac pending)
2099 Pennsylvania Ave., N.W.
Washington, D.C. 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
Tel: 202.508.4734

George Valton ("Val") Jones (No. 10888050)
109 West Austin St.
Marshall, Texas 75670-3340
val@valjoneslaw.com
Tel: 903.927.2220


*Counsel for Pfizer Inc.*

Harry "Gil" Gillam, Jr. (No. 07921800)
Tom Gorham (No. 24012715)
303 S. Washington Ave.
Marshall, Texas 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
Tel: 903.934.8450

William E. Lawler III (Pro hac pending)
1825 Eye St. N.W.
Washington, D.C. 20006-5403
william.lawler@blankrome.com
Tel: 215.569.5449

*Counsel for Tris Pharma Inc.*

## IDENTITY OF PARTIES AND COUNSEL

**COUNSEL FOR PETITIONER/DEFENDANT TRIS PHARMA, INC.:**

**GILLAM & SMITH LLP**
Harry "Gil" Gillam, Jr.
Texas State Bar. No. 07921800
Tom Gorham
Texas State Bar. No. 24012715
303 S. Washington Ave.
Marshall, Texas 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
(903) 934-8450

**BLANK ROME LLP**
William E. Lawler III
(application for *pro hoc* admission pending)
1825 Eye Street NW
Washington, D.C. 20006
william.lawler@blankrome.com
(202) 420-2249

**COUNSEL FOR PETITIONER/DEFENDANT PFIZER, INC.:**

**FOLEY & LARDNER LLP**
Edward D. ("Ed") Burbach
Texas State Bar No. 03355250
Stacy R. Obenhaus
Texas State Bar No. 15161570
600 Congress Avenue, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
(512) 542-7070

**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
Texas State Bar No. 10888050
109 West Austin St.

Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220

**ROPES & GRAY LLP**
Samantha Barrett Badlam
(application for *pro hoc* admission pending)
Stefan P. Schropp
(application for *pro hoc* admission pending)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734

**COUNSEL FOR RESPONDENT/PLAINTIFF THE STATE OF TEXAS:**

Jonathan Bonilla
Texas State Bar No. 24073939
Jordan Underhill
Texas State Bar No. 24102586
Vivian Egbu
Texas State Bar No. 24079078
Brittany Peters
Texas State Bar No. 24124762
Office of the Attorney General,
Civil Medicaid Fraud Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
jonathan.bonilla@oag.texas.gov
jordan.underhill@oag.texas.gov
vivian.egbu@oag.texas.gov
brittany.Peters@oag.texas.gov
(512) 475-4169

**COUNSEL FOR RESPONDENT/PLAINTIFF TARIK AHMED:**

**BROWN, LLC**
Jason T. Brown
jtb@jtblawgroup.com

Patrick S. Almonrode
patalmonrode@jtblawgroup.com
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000

**POTTER MINTON, P.C.**
Michael E. Jones
mikejhones@potterminton.com
E. Glenn Thames, Jr.
glennthames@potterminton.com
102 North College, Suite 900
Tyler, TX 75702
(903) 597-8311

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Petitioners/Defendants Pfizer, Inc. ("Pfizer") and Tris Pharma, Inc. ("Tris"; Pfizer and Tris are collectively referred to as "Petitioners") file this Unopposed Joint Motion to Extend Time to File Petition (the "Motion") requesting a fifteen-day extension of the petition filing deadline and respectfully show the Court as follows:

## I.    **Background**

1. On January 29, 2025 the 71st District Court of Harrison County, Texas signed two appealable orders in Cause No. 23-1031, styled *The State of Texas ex rel. Tarik Ahmed v. Pfizer Inc., Tris Pharma, Inc., and Ketan Mehta*.

2. The January 29, 2025 appealable orders are:

   a. Amended Order Denying Tris Pharma, Inc.'s Motion to Dismiss and Certifying for Interlocutory Appeal 2025 (the "Tris Order"); and

   b. Amended Order Denying Pfizer, Inc.'s Motion to Dismiss and Certifying for Interlocutory Appeal (the "Pfizer Order"; the Tris Order and the Pfizer Order are collectively referred to as the "Orders").

3. Petitioners were therefore initially required to file their petitions for appellate review by February 13, 2025 – within fifteen days after the Orders were signed by the trial court. *See* TEX. R. APP. P. 28.3(c) (for permissive appeals in civil cases, petition must be filed within 15 days after the order to be appealed is signed).

4. In the interest of judicial efficiency, instead of filing separate petitions, Petitioners are jointly filing a single petition for review, which is permissible

because Petitioners are parties whose interests are aligned as set forth in Texas Rule of Appellate Procedure 25.1(c).

5. Respondent/Plaintiff the State of Texas has confirmed that it does not oppose Petitioners' requested extension.

6. For the reasons set forth below, Petitioners, pursuant to Texas Rule of Appellate Procedure 28.3(d), respectfully request a fifteen-day extension of the initial petition filing deadline.

## II. Basis for Granting Requested Extension

7. Accelerated permissive appeals are required to be filed within fifteen days after the order to be appealed is signed. TEX. R. APP. P. 28.3(c). Petitioners' initial petition filing deadline was therefore February 13, 2025.

8. Pursuant to Texas Rule of Appellate Procedure 28.3(d), the court of appeals may extend the time to file the petition if the Petitioners:

(1) file the petition within 15 days after the deadline, and

(2) file a motion complying with Rule 10.5(b).

9. Petitioners satisfy both required prongs of Rule 28.3(d) and this Court should therefore grant the requested fifteen-day extension.

### A.     Petitioners Satisfy Rule 28.3(d)(1)

10.     The initial petition deadline was February 13, 2025. Petitioners therefore have fifteen days, or until February 28, 2025, to file their petition with this Court.

11.     Petitioners are filing their joint petition for review with this Court contemporaneously with the filing of this Motion, which is within fifteen days of the date the petition was originally due to be filed.

12.     Petitioners have therefore satisfied the first prong of Texas Rule of Appellate Procedure 28.3(d) by filing their petition within fifteen days after the initial filing deadline. TEX. R. APP. P. 28.3(d)(1).

### B.     Petitioners Satisfy Rule 28.3(d)(2)

13.     The second prong of Texas Rule of Appellate Procedure 28.3(d) requires Petitioners to file "a motion complying with Rule 10.5(b)." TEX. R. APP. P. 28.3(d)(2). Texas Rule of Appellate Procedure 10.5(b) states:

> **(b) Motions to Extend Time.**
>
> **(1) Contents of Motion in General.** All motions to extend time except a motion to extend time for filing a notice of appeal must state:
> (A) the deadline for filing the item in question;
> (B) the length of the extension sought;
> (C) the facts relied on to reasonably explain the need for an extension; and
> (D) the number of previous extensions granted regarding the item in question.

14.     The initial deadline for filing the petition for accelerated appellate review was February 13, 2025.

15.     Petitioners seek a fifteen-day extension of the initial deadline.

16.     Petitioners require an extension because, in the interest of judicial efficiency, they are jointly filing a single petition for review, which requires additional for time for the parties and their counsel to confer and coordinate drafting of the petition. Specifically, in an effort to avoid filing repetitive briefing, Petitioners were required to coordinate with multiple sets of in-house counsel at each of their respective clients to ensure that both parties' interests were accurately and fairly presented, and to ensure that neither party would be prejudiced by a position taken in the joint petition for review.

17.     No previous extensions have been granted regarding the item in question.

\*     \*     \*     \*     \*

For the foregoing reasons, Petitioners respectfully request that the Court grant this Unopposed Joint Motion to Extend Time to File Petition.

Date: February 28, 2025

Respectfully submitted,

**FOLEY & LARDNER LLP**
*By:/s/ Edward D. Burbach*
Edward D. ("Ed") Burbach
Texas State Bar No. 03355250
Stacy R. Obenhaus
Texas State Bar No. 15161570
600 Congress Avenue, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
(512) 542-7070

**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
Texas State Bar No. 10888050
109 West Austin St.
Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220

**ROPES & GRAY LLP**
Samantha Barrett Badlam
(application for *pro hoc* admission pending)
Stefan P. Schropp
(application for *pro hoc* admission pending)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734

*Counsel for Pfizer Inc.*

**GILLAM & SMITH LLP**
*By:/s/ Harry L. Gillam, Jr.*
Harry "Gil" Gillam, Jr.
Texas State Bar. No. 07921800
Tom Gorham
Texas State Bar. No. 24012715
303 S. Washington Ave.
Marshall, Texas 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
(903) 934-8450

**BLANK ROME LLP**
William E. Lawler III
(application for *pro hoc* admission
pending)
1825 Eye Street NW
Washington, D.C. 20006
william.lawler@blankrome.com
(202) 420-2249

*Counsel for Tris Pharma, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I certify that this document complies with the length limit of Tex. R. App. P. 9.4(i)(2)(B) because the relevant portion contains no more than 759 words.

*/s/ Edward D. Burbach*
Edward D. Burbach

## **CERTIFICATE OF CONFERENCE**

I certify that, pursuant to Tex. R. App. P. 10.1(a)(5), I conferred with (a) counsel for the State of Texas and (b) counsel for Tarik Ahmed, and that each counsel indicated his client would not oppose the request for relief.


*/s/ Edward D. Burbach*
Edward D. Burbach

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument was served upon all counsel of record in compliance with the Texas Rules of Appellate Procedure on this 28th day of February, 2025.

*/s/ Edward D. Burbach*
Edward D. Burbach

**COUNSEL FOR THE STATE OF TEXAS**

Jonathan Bonilla
Jordan Underhill
Vivian Egbu
Brittany Peters
Office of the Attorney General, Civil Medicaid Fraud Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
jonathan.bonilla@oag.texas.gov
jordan.underhill@oag.texas.gov
vivian.egbu@oag.texas.gov
brittany.Peters@oag.texas.gov
(512) 475-4169

**COUNSEL FOR TARIK AHMED**

**BROWN, LLC**
Jason T. Brown
jtb@jtblawgroup.com
Patrick S. Almonrode
patalmonrode@jtblawgroup.com
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000

**POTTER MINTON, P.C.**
Michael E. Jones
mikejhones@potterminton.com
E. Glenn Thames, Jr.
glennthames@potterminton.com
102 North College, Suite 900
Tyler, TX 75702
(903) 597-8311